AUSA

FILED
MAY 19 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | Magistrate Case No.: '08 MJ 8437 |
| v. | COMPLAINT FOR VIOLATION OF |
| Amanda Oralia ROMANO-Carrillo, Defendant. | 21 U.S.C. § 952 and 960 Importation of a Controlled Substance (Felony) |

The undersigned complainant being duly sworn states:

On or about May16, 2008, within the Southern District of California, defendant Amanda Oralia ROMANO-Carrillo did knowingly and intentionally import approximately 8.02 kilograms (17.64 pounds) of methamphetamine a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Probable Cause Statement herein by reference.

Rafael Silva, Special Agent
Immigration and Immigration and
Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 19TH DAY OF MAY 2008.

PETER C. LEWIS
U. S. MAGISTRATE JUDGE

**PROBABLE CAUSE STATEMENT**

I, Special Agent Rafael Silva with the U.S. Immigration and Customs Enforcement, declare under penalty of perjury, the following is true and correct:

On May 16, 2008 at approximately 900 hours, Amanda Oralia ROMANO-Carrillo entered the United States from the Republic of Mexico at the Calexico California West Port of Entry. ROMANO was the driver, registered owner and sole occupant of a 2004 Dodge Ram 2500 bearing Baja California, Mexico license plate number AM22171. Customs and Border Protection Officers searched the vehicle ROMANO was driving and discovered sixteen (16) packages containing a white crystal like substance concealed within a non-factory compartment located in the undercarriage of the vehicle. A sample from one of the packages was obtained which field-tested positive for methamphetamine. The combined weight of the 16 packages was 8.02 kilograms of methamphetamine.

Executed on May 17, 2008 at 1130 hours.

Rafael Silva, Special Agent

On the basis of the facts presented in the probable cause statement consisting of one page, I find probable cause to believe that the defendant named in this probable cause statement committed the offense on May 16, 2008, in violation of Title 21, United States Code, Sections 952 and 960.

United States Magistrate Judge

5/17/08 12:30 pm
Date/Time