FILED
08 MAY 28 PM 3:14

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. AMANDA ORALIA ROMANO-CARRILLO, Defendant. | Criminal Case No. '08 CR 1729 H<br>I N D I C T M E N T<br>Title 21, U.S.C., Secs. 952 and 960 - Importation of Methamphetamine; Title 21, U.S.C., Sec. 841(a)(1) - Possession of Methamphetamine with Intent to Distribute |

The grand jury charges:

Count 1

On or about May 16, 2008, within the Southern District of California, defendant AMANDA ORALIA ROMANO-CARRILLO did knowingly and intentionally import 500 grams and more of a mixture and substance containing a detectable amount, to wit: approximately 8.02 kilograms (17.64 pounds) of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//

//

//

MIP:fer:Imperial
5/27/08

Count 2

On or about May 16, 2008, within the Southern District of California, defendant AMANDA ORALIA ROMANO-CARRILLO did knowingly and intentionally possess, with intent to distribute, 500 grams and more of a mixture and substance containing a detectable amount, to wit: approximately 8.02 kilograms (17.64 pounds) of methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: May 28, 2008.

A TRUE BILL:

Foreperson

KAREN P. HEWITT
United States Attorney

By:
MICHELLE M. PETTIT
Assistant U.S. Attorney